In the United States District Court
For the Western District Of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE. VA
FILED

FEB 05 2024

LAURA A AUSTIN, CLERK
BY: ~Beeson
DEPUTY CLERK

Bruce Altenburger,

Plaintiff,

v.

United States of America,
Defendant

Case No. 7:24CV92-UH

CIVIL RIGHTS COMPLAINT

## I. Statement of Jurisdiction

1. Plaintiff asserts jurisdiction in this Court pursuant to 28 U.S.C. 1331, 1346(b) and 2671-80.

2. Venue is asserted proper pursuant to 28 U.S.C. 1391 as this action arises from USP Lee, located in this district.

## II. Parties

1. Plaintiff Bruce Altenburger #34208-057 is a federal prisoner who was formerly confined to USP Lee. Plaintiff's current address is USP Allenwood, P.O. Box 3000, White Deer, PA, 17887.

2. Defendant, United States of America, is the proper party in this action arising under the Federal Tort Claims Act, as USP Lee is operated by the Federal Bureau of Prisons.

## III. Causes of Action

1. Claim One = Assault;

-1-

2. Claim Two = Battery;
3. Claim Three = Intentional Infliction of Emotional Distress;
4. Claim Four = Negligence, Breach Of Duty
5. Claim Five = Invasion of Privacy
6. Claim Six = Sexual Battery

## IV. Statement of Facts

1. Plaintiff, at all times relevant to this complaint, was housed in USP Lee, a federal prison in Jonesville, VA.

2. Officers Terry, Bradburn, Lieutenant Thomas and Nurse Scott were all BOP employees at USP Lee on the date and time of plaintiff's injuries.

3. BOP PREA Regulations, 28 C.F.R. Part 115 et seq., provide all staff a "zero tolerance" policy that is mandatory to act in instances of sexual abuse or harrassment of prisoners such as plaintiff.

4. Furthermore, BOP standards of Employee Conduct, P.S. 3420.11, state in pertinent part:

   "As soon as practicable, but not later than 24 hours [Employees must] report to the CEO (or other appropriate authority such as (OIA) or (OIG) any violation, appearance of a violation, or attempted violation of these standards or of any law, rule, or regulation."

5. In recent years BOP has been sued repeatedly for violations by its employees of 28 C.F.R. Part 115 et seq. and P.S. 3420.11, yet took no additional steps to supervise, train or discipline its own staff.

- 2 -

6. On Sept. 25, 2022 at USP Lee Officers Terry, Bradburn and Lt. Thomas denied plaintiff adequate clothing by refusing to let him wear pants and forcing him to walk in full view of predatory inmates wearing panties. Officers Bradburn, Terry and Lt. ~~Bradburn~~ spoke loudly about plaintiff's buttocks and called it a "pretty ass" in hearing of other inmates, and at one point grabbed his buttocks and digitally penetrating his anus.

7. Nurse Scott, while performing a restraint check on plaintiff on handheld video camera, was told by plaintiff that he needed to report a sexual abuse claim pursuant to 28 C.F.R. 115.51 and Nurse Scott took no action as required by 28 C.F.R. 115.62 or 115.67.

8. Plaintiff filed a tort claim with the BOP Regional Counsel which was assigned Claim No. TRT-MXR-2023-03017 on Feb 22, 2023. This claim was denied on Aug. 10, 2023 via Certified Mail No. 7018 1130 0001 0185 4804.

9. The actions of Bradburn, Terry and Lt. Thomas injured plaintiff causing a sore rectum, mental and emotional trauma, PTSD. The plaintiff continues to suffer from depression, anxiety, panic attacks and nightmares since his sexual abuse.

## V. Requested Relief

1. Plaintiff seeks damages be awarded against defendant in the amount of $10,000.00

3

2. Plaintiff seeks an award of all costs and fees.

## VERIFICATION

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that all facts alleged in Sec. IV herein are true.

Jan. 2, 2024

Bruce Altenburger - Pro Se

Bruce Altenburger 34208-057

USP Allenwood

Po Box 3000

White Deer, PA, 17887

HARRISBURG PA    171

2 FEB 2024    PM 1  L

**Mailed From US Penitentiary**

FEB 01 2024

LEGAL MAIL

US District Court of Western District of Virginia

210 Franklin rd. SW

Roanoke, VA, 24011

24011-221499