CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
May 30, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **BRUCE ALTENBURGER,**<br>      Plaintiff, | Civil Action No. 7:24cv00092 |
| v. | **MEMORANDUM OPINION** |
| **UNITED STATES OF AMERICA,**<br>      Defendant(s), | By:  Michael F. Urbanski<br>Chief United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).  By order entered February 5, 2024, the court directed plaintiff to submit within 30 days from the date of the order a statement of assets form, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period.  On March 4, 2024, the plaintiff returned an unsigned statement of assets form. By order entered April 17, 2024, the court directed plaintiff to submit within 30 days from the date of entry of the order to return a statement of assets form and an inmate account form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 29th day of May, 2024.

> Michael F. Urbanski
> Chief U.S. District Judge
> 2024.05.29 17:31:45
> -04'00'

_____
Chief United States District Judge